WATERBURY MOTOR LEASE, INC. *v.* GERALD J.
HEFFERNAN, TAX COMMISSIONER OF THE
STATE OF CONNECTICUT

ENGINEERED SINTERINGS AND PLASTICS COMPANY, INC.
*v.* GERALD J. HEFFERNAN, TAX COMMISSIONER
OF THE STATE OF CONNECTICUT

The motion by Jeffrey M. Mines for permission
to appear, argue and file a brief as amicus curiae in
the appeal from the Court of Common Pleas in Hart-
ford County is granted to the extent that permission
to file a brief is granted.

*Jeffrey M. Mines,* in support of the motion.

Submitted January 17—decided January 19, 1977

CITY OF NORWICH *v.* NORWICH FIRE FIGHTERS,
LOCAL 892, IAFF, ET AL.

It appearing that the plaintiff in the above-
entitled case has failed to defend against the defend-
ant Connecticut State Board of Labor Relations'
appeal from the Superior Court in New London
County with proper diligence, it is, under Practice
Book § 696, ordered by the Supreme Court, suo
motu, that unless the plaintiff files its brief on or
before February 26, 1977, the judgment be set aside
and the case be remanded with direction to render
judgment for the defendants.

*Robert W. Murphy,* assistant attorney general,
for the appellant (defendant Connecticut State
Board of Labor Relations).

*Geurson D. Silverberg,* assistant corporation
counsel, for the appellee (plaintiff).